USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                        :
LER MANAGEMENT LLC,                                     :
                                                        :
                                                        :
                                                        :
                                    Plaintiff,          :
                                                        :               1:26-cv-1031-GHW
                                                        :
                    -against-                           :
                                                        :                    ORDER
DANIEL HUFF,                                            :
                                                        :
                                    Defendant.          :
                                                        :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on February 6, 2026. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than February 20, 2026. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: February 9, 2026
       New York, New York

                                                _____
                                                     GREGORY H. WOODS
                                                 United States District Judge