```
                                              ┌─────────────────────────────────┐
                                              │ USDC SDNY                       │
                                              │ DOCUMENT                        │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED            │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #: _____         │
------------------------------------------ X  │ DATE FILED: 2/13/2026           │
                                           :  └─────────────────────────────────┘
LER MANAGEMENT LLC,                        :
                                           :
                        Plaintiff,         :         1:26-cv-1031-GHW
                                           :
              -v-                          :              ORDER
DANIEL HUFF,                               :
                                           :
                        Defendant.         :
                                           :
------------------------------------------ X
```

GREGORY H. WOODS, United States District Judge:

Defendant's February 13, 2026 requests for a pre-motion conference, Dkt. Nos. 9–10, are granted. The Court will hold a teleconference regarding Defendant's proposed motion to dismiss and motion to disqualify counsel on February 20, 2026 at 3:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

Additionally, the parties' February 13, 2026 request to reschedule the initial pretrial conference, Dkt. No. 8, is granted. The initial pretrial conference scheduled for April 2, 2026 will instead take place on March 24, 2026 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's February 9, 2026 order are due no later than March 17, 2026.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 8, 9, and 10.

SO ORDERED.

Dated:  February 13, 2026
        New York, New York

                                            _____
                                                    GREGORY H. WOODS
                                                 United States District Judge