USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                    :

LER MANAGEMENT LLC,                 :

                                    :

                        Plaintiff,     :              1:26-cv-1031-GHW

                                    :

              -v-                      :                ORDER

                                    :

DANIEL HUFF,                    :

                                    :

                     Defendant.   :

                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the February 20, 2026 teleconference, the Court has authorized limited jurisdictional discovery in this matter for the purpose of determining whether the Court has personal jurisdiction over Defendant. Accordingly, jurisdictional discovery must be completed no later than April 21, 2026.

The Court grants Defendant leave to file a motion to dismiss. The deadline for Defendant to file and serve its motion to dismiss is May 12, 2026. Plaintiff's opposition is due within twenty-one days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition.

The Court also grants Defendant leave to file a motion to disqualify Plaintiff's counsel. The deadline for Defendant to file and serve its motion to disqualify is March 20, 2026. Plaintiff's opposition is due within fourteen days after service of Defendant's motion; Defendant's reply, if any, is due within seven days after service of Plaintiff's opposition.

Finally, the initial pretrial conference scheduled for March 24, 2026 at 4:00 p.m. and the associated deadlines are adjourned *sine die* pending the Court's resolution of Defendant's anticipated

motion to dismiss.

       SO ORDERED.

Dated:  February 20, 2026
        New York, New York

                                               GREGORY H. WOODS
                                      United States District Judge

2